AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor

*Plaintiff(s)*

v.

Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General

*Defendant(s)*

Case: 1:20-cv-00846   JURY DEMAND
Assigned To : Jackson, Amy Berman
Assign. Date : 3/27/2020
Description: Gen. Civ. (E-DECK)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William P. Barr, Attorney General of the United States
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 90530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor.<br>*Plaintiff(s)*<br>v.<br>[Defendants listed in encrypted/garbled text]<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William P. Barr, Attorney General of the United States
c/o Lee J. Lofthus, Assistant Attorney General for Administration, Justice Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                                              _____
                                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor<br>*Plaintiff(s)*<br>v.<br>Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:20-cv-00846 JURY DEMAND<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 3/27/2020<br>Description: Gen. Civ. (E-DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KENNETH T. CUCCINELLI, Senior Official Performing the Duties of the Director,
United States Citizenship and Immigration Services
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor<br><br>*Plaintiff(s)*<br>v.<br>Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General<br><br>*Defendant(s)* | Case: 1:20-cv-00846   JURY DEMAND<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 3/27/2020<br>Description: Gen. Civ. (E-DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Davidson, Acting Division Chief of United States Citizenship and Immigration Services Asylum Division
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor<br><br>*Plaintiff(s)*<br><br>v.<br><br>Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:20−cv−00846   JURY DEMAND<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 3/27/2020<br>Description: Gen. Civ. (E−DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MARK A. MORGAN, Acting Commissioner, United States Customs and Border Protection
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____       _____
                                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor<br>*Plaintiff(s)*<br>v.<br>Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General<br>*Defendant(s)* | Case: 1:20-cv-00846   JURY DEMAND<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 3/27/2020<br>Description: Gen. Civ. (E-DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.,
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____     _____
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| A.B.-B.; S.B.-B., a minor; M.A.G.-M; D.G.M.-G., a minor; L.E.-L.; I.I.E.-L., a minor; A.P.-S.; E.L.R.-S, a minor; A.A.R.-S., a minor; B.J.R.-S., a minor; and W.G.L.-S., a minor<br><br>*Plaintiff(s)*<br>v.<br>Mark A. Morgan, Acting Commissioner, USCBP; Chad F. Wolf, Putative Acting Secretary, DHS; Kenneth T. Cuccinelli, Senior Official Performing the Duties of the Director, USCIS; Andrew J. Davidson, Acting Division Chief, USCIS; William P. Barr, Attorney General<br><br>*Defendant(s)* | Case: 1:20-cv-00846   JURY DEMAND<br>Assigned To : Jackson, Amy Berman<br>Assign. Date : 3/27/2020<br>Description: Gen. Civ. (E-DECK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHAD F. WOLF, Putative Acting Secretary, United States Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie Carpenter
TAHIRIH JUSTICE CENTER
6402 Arlington Boulevard, Suite 300
Falls Church, VA 22042

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____          _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: