UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.B.-B., *et al.*, )<br>)<br>      Plaintiffs, )<br>)<br>      v. )<br>)<br>MARK A. MORGAN, Acting )<br>Commissioner, U.S. Customs and Border )<br>Protection, *et al.*, )<br>)<br>      Defendants. ) | Civil Case No. 20-cv-846 (RJL) |

## ORDER

August 29, 2020 [Dkt. #12]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that plaintiffs' Motion for Preliminary Injunction [Dkt. #12] is GRANTED. Accordingly, it is hereby

ORDERED that defendants, their agents, and any persons acting in concert with them, are enjoined from removing plaintiffs from the United States pending a ruling on the merits of this case; and it is further

ORDERED that defendants, their agents, and any persons acting in concert with them are preliminarily enjoined from continuing to implement the January 30, 2020 Memorandum of Agreement or otherwise permitting U.S. Customs and Border Protection

agents to conduct asylum interviews or make credible fear determinations, pending a ruling on the merits in this case.

SO ORDERED.

*[signature]*
RICHARD J. LEON
United States District Judge